**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-5311**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | JO GLOBAL Store | 2 | Shop410435 Store |
| 3 | Shop412686 Store | 4 | Amenda Store |
| 5 | Shop4406177 Store | 6 | Shop4407021 Store |
| 7 | Shop4411219 Store | 8 | Shop4475082 Store |
| 9 | Shop4510042 Store | 10 | Shop4647179 Store |
| 11 | Shop4681061 Store | 12 | Shop4700137 Store |
| 13 | Shop4706142 Store | 14 | Shop4871227 Store |
| 15 | Shop4921035 Store | 16 | Shop4922022 Store |
| 17 | Shop4935072 Store | 18 | Shop4968033 Store |
| 19 | Shop4986015 Store | 20 | Shop4988172 Store |
| 21 | Custom Tee Shirt | 22 | KEENICI Bags Store |
| 23 | HLY Store | 24 | Feet kissed by angels Store |
| 25 | Gymguys Apparel Store | 26 | Shop3903038 Store |
| 27 | Shop3942002 Store | 28 | DT Store |
| 29 | Shop5004098 Store | 30 | Happyy Shopping Store |
| 31 | Shop5018073 Store | 32 | Shop5027040 Store |
| 33 | da xing Store | 34 | Shop5040059 Store |
| 35 | Shop5045059 Store | 36 | Shop5049038 Store |
| 37 | Shop5056237 Store | 38 | Shop5060290 Store |
| 39 | Shop5074308 Store | 40 | Factory CustomMade Store |
| 41 | 888999 Store | 42 | Shop5082235 Store |
| 43 | Shop5099060 Store | 44 | Shop5110038 Store |
| 45 | Shop5128068 Store | 46 | Shop5130106 Store |
| 47 | Shop5134030 Store | 48 | Shop5180001 Store |
| 49 | Shop5195023 Store | 50 | Shop5240001 Store |
| 51 | Shop5241047 Store | 52 | Flying-shikra Store |
| 53 | AESTHETIXERA Sporting Store | 54 | Shop5251214 Store |
| 55 | Shop5254002 Store | 56 | Shop5255081 Store |
| 57 | Shop5255216 Store | 58 | Shop5257061 Store |
| 59 | Shop5260209 Store | 60 | Shop5266030 Store |
| 61 | Shop5276019 Store | 62 | Shop5363062 Store |
| 63 | Shop5364012 Store | 64 | Shop5365232 Store |
| 65 | Shop5367159 Store | 66 | Shop5368350 Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 67 | Shop5370240 Store | 68 | Shop5371122 Store |
| 69 | Shop5371273 Store | 70 | Shop5372355 Store |
| 71 | Shop5379044 Store | 72 | CLAIAMISHOES Store |
| 73 | Shop5381167 Store | 74 | Shop5381339 Store |
| 75 | Shop5383239 Store | 76 | Gift Phone Accessories Store |
| 77 | Shop5384185 Store | 78 | Shop5406051 Store |
| 79 | Shop5420055 Store | 80 | Shop5423120 Store |
| 81 | Shop5423241 Store | 82 | Shop5429213 Store |
| 83 | Shop5440227 Store | 84 | Shop5476047 Store |
| 85 | Shop5482150 Store | 86 | Shop5485237 Store |
| 87 | Shop5489150 Store | 88 | Shop5489216 Store |
| 89 | Shop5490140 Store | 90 | Shop5490202 Store |
| 91 | Shop5504057 Store | 92 | Shop5515017 Store |
| 93 | Shop5515056 Store | 94 | Shop5558029 Store |
| 95 | Shop5558071 Store | 96 | Shop5562116 Store |
| 97 | Shop5563135 Store | 98 | Shop5570149 Store |
| 99 | Shop5572117 Store | 100 | Shop5574045 Store |
| 101 | Shop5579020 Store | 102 | Shop5579160 Store |
| 103 | Shop5579184 Store | 104 | Shop5580193 Store |
| 105 | Shop5584100 Store | 106 | Lucky-168 Store |
| 107 | CoolCute Phone Accessories Store | 108 | JINBEILE Official Store |
| 109 | JohnDan Outlets Store | 110 | GTT009 Store |
| 111 | HXSports Fighting Store | 112 | AICLINE SHIRT |
| 113 | KevinSmith 8 Store | 114 | Children's factory 888 Store |
| 115 | DPP11 Store | 116 | HFK Cycling Store |
| 117 | GYM ANIMAL Store | 118 | HangzhouHangshinTrustInformationCoLtd |
| 119 | KGuanJi | 120 | edealsaving |
| 121 | Jessica Loc | 122 | RitaN |
| 123 | eleven24design | 124 | AskM |
| 125 | Liu Shi Hua | 126 | Californiakicks |
| 127 | WTV S KING | 128 | CANS STORES |
| 129 | INNOVATIVEPARTS | 130 | ALBERTO PRO SHOP |
| 131 | he_cheng | 132 | BROTIZER |
| 133 | WayLand | 134 | Niuqionly |
| 135 | ERKOLS GIFT SHOP | 136 | Liduuishi |
| 137 | CLANMILUMS | 138 | build your dream |
| 139 | Cholyme LLC America | 140 | JAE WYTLM |
| 141 | ChristieHodge | 142 | QWOPH,BO |
| 143 | Blue Lagoon Fashion, INC. | 144 | IsGenc Store |
| 145 | 15WUSHUANB | 146 | Yuexinying |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 147 | BSJKSX | 148 | Areke Mall |
| 149 | CartonPonpas | 150 | hasiko |
| 151 | Camouflage shark | 152 | chuangdi |
| 153 | dan_online226 | 154 | easybuying368 |
| 155 | electr-7422 | 156 | encourageoh6 |
| 157 | gymstorer | 158 | happy-sports |
| 159 | htzzrhone | 160 | linshupu |
| 161 | mike_perfect09 | 162 | rkni5786 |
| 163 | topbest_seller88 | 164 | vfappig165cv2018 |
| 165 | jianyueshishang | 166 | Jusub Store |
| 167 | DeenSwag | 168 | LIGHTBEK_STORE |
| 169 | filicorporation | 170 | lanhualanhua |
| 171 | DSV ASVV511 | 172 | dkxnbffjckmdns |
| 173 | ilovewehome | 174 | chenjingjuan321 |
| 175 | jiangjianliang123 | 176 | jutongche96 |
| 177 | lingji8 | 178 | jgejqid156 |
| 179 | James Drieman | 180 | Kristyancic |
| 181 | Elena M Lizarraga | 182 | John E. Walker |
| 183 | ian4117 | 184 | 45h6fdh54656heee |
| 185 | angrngp | 186 | canbencanben |
| 187 | Felicia Pegues | 188 | ALWAYS G PLUMBING |
| 189 | Kim Ziegelgruberg | 190 | Brett Thomas |
| 191 | Gayleaaee | 192 | cuiweihua324211 |
| 193 | Cryptoholic Shop | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/2783228 | 2 | aliexpress.com/store/410435 |
| 3 | aliexpress.com/store/412686 | 4 | aliexpress.com/store/4393109 |
| 5 | aliexpress.com/store/4406177 | 6 | aliexpress.com/store/4407021 |
| 7 | aliexpress.com/store/4411219 | 8 | aliexpress.com/store/4475082 |
| 9 | aliexpress.com/store/4510042 | 10 | aliexpress.com/store/4647179 |
| 11 | aliexpress.com/store/4681061 | 12 | aliexpress.com/store/4700137 |
| 13 | aliexpress.com/store/4706142 | 14 | aliexpress.com/store/4871227 |
| 15 | aliexpress.com/store/4921035 | 16 | aliexpress.com/store/4922022 |
| 17 | aliexpress.com/store/4935072 | 18 | aliexpress.com/store/4968033 |
| 19 | aliexpress.com/store/4986015 | 20 | aliexpress.com/store/4988172 |
| 21 | aliexpress.com/store/1161921 | 22 | aliexpress.com/store/2404018 |
| 23 | aliexpress.com/store/2434001 | 24 | aliexpress.com/store/3202024 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 25 | aliexpress.com/store/3210099 | 26 | aliexpress.com/store/3903038 |
| 27 | aliexpress.com/store/3942002 | 28 | aliexpress.com/store/5000204 |
| 29 | aliexpress.com/store/5004098 | 30 | aliexpress.com/store/5016102 |
| 31 | aliexpress.com/store/5018073 | 32 | aliexpress.com/store/5027040 |
| 33 | aliexpress.com/store/5038209 | 34 | aliexpress.com/store/5040059 |
| 35 | aliexpress.com/store/5045059 | 36 | aliexpress.com/store/5049038 |
| 37 | aliexpress.com/store/5056237 | 38 | aliexpress.com/store/5060290 |
| 39 | aliexpress.com/store/5074308 | 40 | aliexpress.com/store/5076351 |
| 41 | aliexpress.com/store/5079048 | 42 | aliexpress.com/store/5082235 |
| 43 | aliexpress.com/store/5099060 | 44 | aliexpress.com/store/5110038 |
| 45 | aliexpress.com/store/5128068 | 46 | aliexpress.com/store/5130106 |
| 47 | aliexpress.com/store/5134030 | 48 | aliexpress.com/store/5180001 |
| 49 | aliexpress.com/store/5195023 | 50 | aliexpress.com/store/5240001 |
| 51 | aliexpress.com/store/5241047 | 52 | aliexpress.com/store/5243043 |
| 53 | aliexpress.com/store/5243132 | 54 | aliexpress.com/store/5251214 |
| 55 | aliexpress.com/store/5254002 | 56 | aliexpress.com/store/5255081 |
| 57 | aliexpress.com/store/5255216 | 58 | aliexpress.com/store/5257061 |
| 59 | aliexpress.com/store/5260209 | 60 | aliexpress.com/store/5266030 |
| 61 | aliexpress.com/store/5276019 | 62 | aliexpress.com/store/5363062 |
| 63 | aliexpress.com/store/5364012 | 64 | aliexpress.com/store/5365232 |
| 65 | aliexpress.com/store/5367159 | 66 | aliexpress.com/store/5368350 |
| 67 | aliexpress.com/store/5370240 | 68 | aliexpress.com/store/5371122 |
| 69 | aliexpress.com/store/5371273 | 70 | aliexpress.com/store/5372355 |
| 71 | aliexpress.com/store/5379044 | 72 | aliexpress.com/store/5379168 |
| 73 | aliexpress.com/store/5381167 | 74 | aliexpress.com/store/5381339 |
| 75 | aliexpress.com/store/5383239 | 76 | aliexpress.com/store/5384141 |
| 77 | aliexpress.com/store/5384185 | 78 | aliexpress.com/store/5406051 |
| 79 | aliexpress.com/store/5420055 | 80 | aliexpress.com/store/5423120 |
| 81 | aliexpress.com/store/5423241 | 82 | aliexpress.com/store/5429213 |
| 83 | aliexpress.com/store/5440227 | 84 | aliexpress.com/store/5476047 |
| 85 | aliexpress.com/store/5482150 | 86 | aliexpress.com/store/5485237 |
| 87 | aliexpress.com/store/5489150 | 88 | aliexpress.com/store/5489216 |
| 89 | aliexpress.com/store/5490140 | 90 | aliexpress.com/store/5490202 |
| 91 | aliexpress.com/store/5504057 | 92 | aliexpress.com/store/5515017 |
| 93 | aliexpress.com/store/5515056 | 94 | aliexpress.com/store/5558029 |
| 95 | aliexpress.com/store/5558071 | 96 | aliexpress.com/store/5562116 |
| 97 | aliexpress.com/store/5563135 | 98 | aliexpress.com/store/5570149 |
| 99 | aliexpress.com/store/5572117 | 100 | aliexpress.com/store/5574045 |
| 101 | aliexpress.com/store/5579020 | 102 | aliexpress.com/store/5579160 |
| 103 | aliexpress.com/store/5579184 | 104 | aliexpress.com/store/5580193 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 105 | aliexpress.com/store/5584100 | 106 | aliexpress.com/store/5625174 |
| 107 | aliexpress.com/store/5627225 | 108 | aliexpress.com/store/5788989 |
| 109 | aliexpress.com/store/5834312 | 110 | aliexpress.com/store/5870329 |
| 111 | aliexpress.com/store/5888387 | 112 | aliexpress.com/store/609086 |
| 113 | aliexpress.com/store/900237152 | 114 | aliexpress.com/store/900238496 |
| 115 | aliexpress.com/store/900246038 | 116 | aliexpress.com/store/900248434 |
| 117 | aliexpress.com/store/910320233 | 118 | amazon.com/sp?seller=A10XM9NK7TYAYP |
| 119 | amazon.com/sp?seller=A129T346QXBOJS | 120 | amazon.com/sp?seller=A18Q43MUOE8DY3 |
| 121 | amazon.com/sp?seller=A1CAPPIT1FHZ34 | 122 | amazon.com/sp?seller=A1TA1V13Y6I01A |
| 123 | amazon.com/sp?seller=A1TXJSQ9VCF7MD | 124 | amazon.com/sp?seller=A1U3W1E5QHHRJV |
| 125 | amazon.com/sp?seller=A28KDKLWLQG6HF | 126 | amazon.com/sp?seller=A2E7D0YUMEEHTG |
| 127 | amazon.com/sp?seller=A2Q0N3ZX7ONK0A | 128 | amazon.com/sp?seller=A2QWGV1U3MYC5I |
| 129 | amazon.com/sp?seller=A2S7FCZH6B7JVF | 130 | amazon.com/sp?seller=A2Y9Z3EPZHG0QV |
| 131 | amazon.com/sp?seller=A2YZAJYH4R6Q4R | 132 | amazon.com/sp?seller=A2Z5OL2G4FTQR7 |
| 133 | amazon.com/sp?seller=A32FHGZI77OP74 | 134 | amazon.com/sp?seller=A32FIG15NWXIMA |
| 135 | amazon.com/sp?seller=A35ZEKLTDKULWQ | 136 | amazon.com/sp?seller=A37ZK3W2V3IYBX |
| 137 | amazon.com/sp?seller=A3DR5PN5KEALMZ | 138 | amazon.com/sp?seller=A3N0T28Q8BHNXO |
| 139 | amazon.com/sp?seller=A3U40QQBLWJXA4 | 140 | amazon.com/sp?seller=A3VCQ568PVX42B |
| 141 | amazon.com/sp?seller=A4J9VVWC5I008 | 142 | amazon.com/sp?seller=A69WKEKX31X2V |
| 143 | amazon.com/sp?seller=A8X53163FCIY2 | 144 | amazon.com/sp?seller=AAODXL0YCS6DQ |
| 145 | amazon.com/sp?seller=AGB0CD5XJADFN | 146 | amazon.com/sp?seller=AGJKRVNLISFMZ |
| 147 | amazon.com/sp?seller=AM04AJ4RWQ3MM | 148 | amazon.com/sp?seller=AOPSG0CVAMYG4 |
| 149 | amazon.com/sp?seller=APWOG01UWKG6M | 150 | amazon.com/sp?seller=ATIOTQPMJZLZM |
| 151 | amazon.com/sp?seller=AXRCRGDHREA3G | 152 | ebay.com/usr/chuangdi |
| 153 | ebay.com/usr/dan_online226 | 154 | ebay.com/usr/easybuying368 |
| 155 | ebay.com/usr/electr-7422 | 156 | ebay.com/usr/encourageoh6 |
| 157 | ebay.com/usr/gymstorer | 158 | ebay.com/usr/happy-sports |
| 159 | ebay.com/usr/htzzrhone | 160 | ebay.com/usr/linshupu |
| 161 | ebay.com/usr/mike_perfect09 | 162 | ebay.com/usr/rkni5786 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 163 | ebay.com/usr/topbest_seller88 | 164 | ebay.com/usr/vfappig165cv2018 |
| 165 | wish.com/merchant/5709c629dc53bf592727d62f | 166 | wish.com/merchant/58fdcdf1281c081195176515 |
| 167 | wish.com/merchant/59dbb338471c1432b74d9740 | 168 | wish.com/merchant/5d56ca03560eca790d029f98 |
| 169 | wish.com/merchant/5d7142e5af968f11f9289215 | 170 | wish.com/merchant/5e4e4fa90c3e796221bfd0bd |
| 171 | wish.com/merchant/5e5f9357ce3d4837f83745c2 | 172 | wish.com/merchant/5e60e8dc4755cc466a25a87d |
| 173 | wish.com/merchant/5e69a272ca34e21e4435242a | 174 | wish.com/merchant/5e71aa57f87cb947f7ec1237 |
| 175 | wish.com/merchant/5e74ba8e7f52693580da04e8 | 176 | wish.com/merchant/5e787717c77ea6891d4b4679 |
| 177 | wish.com/merchant/5e787d427477a28d666a6f63 | 178 | wish.com/merchant/5e79615749340721737cc1ea |
| 179 | wish.com/merchant/5e81e66ae273cd50ba491831 | 180 | wish.com/merchant/5e844a23d63eaa8980d8137a |
| 181 | wish.com/merchant/5e85c395b6ab8d672219b746 | 182 | wish.com/merchant/5e85cdee29e7865af92d3f3e |
| 183 | wish.com/merchant/5e8ace50355fe5be5d7cdd66 | 184 | wish.com/merchant/5e8eb867b63f82592fd5c5bb |
| 185 | wish.com/merchant/5e8ed3bdb63f827068d5c4d4 | 186 | wish.com/merchant/5e8ee6aed54a751e836b29ac |
| 187 | wish.com/merchant/5e901fa43795e565da6871f7 | 188 | wish.com/merchant/5e97eb6a96126c4a0e70b1a9 |
| 189 | wish.com/merchant/5e97f203ea18a550daccc649 | 190 | wish.com/merchant/5e995a6beda4686a09beb402 |
| 191 | wish.com/merchant/5ea2a6e6c8d26d714ce92363 | 192 | wish.com/merchant/5ea9189ea3c1c72843e08306 |
| 193 | wish.com/merchant/5f2a925de4f779a6c9baa71d | | |